**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Francisco Rojo LOPEZ, also known as Francisco Rojo, also known as Paco, Defendant–Appellant.**

**No. 05–50081.**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Nov. 8, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Ruben P. Morales, El Paso, TX, Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Counsel for Francisco Rojo Lopez has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lopez has filed a response in which he moves for the appointment of new counsel. Our review of counsel's brief, Lopez's response, and the record discloses no nonfrivolous issues for appeal. Accordingly, Lopez's motion for new counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.